IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF CV 10 80 108 MISC

Robert John Corry - #171979

_____/

### ORDER TO SHOW CAUSE

It appearing that Robert John Corry has been suspended for not passing the professional responsibility exam by the State Bar Court effective April 16, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before June 21, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert John Corry
Attorney At Law

South Tower
600 17th St Ste 2800
Denver, CO 80202