1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

JUL  - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN THE MATTER OF:                           No CV 10 80108 MISC VRW

Robert John Corry,
                                              **ORDER**
    State Bar No 171979

_____/

On May 11, 2010, the court issued an order to show cause (OSC) why Robert John Corry should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the California State Bar Court for failure to pass the professional responsibility exam, effective April 16, 2010.

The OSC was mailed to Mr Corry's address of record with the State Bar on May 13, 2010.  A written response was due on or before June 21, 2010.  No response to the OSC has been filed as of this date.

The court now orders Robert John Corry removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

IT IS SO ORDERED.

                        _____
                        **VAUGHN R WALKER**
                        **United States District Chief Judge**

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robert John Corry

_____/

Case Number: C10-80108  VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert John Corry
600 17th St, Ste 2800  South Tower
Denver, CO 80202

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*